No. 01–135. REINISH ET UX. v. CLARK, TAX COLLECTOR, PALM BEACH COUNTY, ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 01–152. ALLSTATE INSURANCE CO. v. HOWERY. C. A. 5th Cir. Certiorari denied.

No. 01–178. TRIGEN-OKLAHOMA CITY ENERGY CORP. v. OKLAHOMA GAS & ELECTRIC CO. C. A. 10th Cir. Certiorari denied.

No. 01–183. STEVENSON v. DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–202. BRYANT ET UX., INDIVIDUALLY AND AS GUARDIANS AD LITEM FOR CHRYSTAL R. ET AL. v. DELHAIZE AMERICA, INC., FKA FOOD LION INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–229. GREAT LAKES DREDGE & DOCK CO. v. BEYEL BROTHERS, INC. C. A. 11th Cir. Certiorari denied.

No. 01–241. FALLON v. MISSOURI BOARD OF REGISTRATION FOR THE HEALING ARTS. Sup. Ct. Mo. Certiorari denied.

No. 01–276. EZZO'S INVESTMENTS, INC. v. ROYAL BEAUTY SUPPLY, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–277. LEVERETTE v. BELL ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–278. ABDU-BRISSON ET AL. v. DELTA AIRLINES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–284. HOLLANDER v. AMERICAN CYANAMID CO. C. A. 2d Cir. Certiorari denied.

No. 01–292. REN LABORATORIES OF FLORIDA, INC. v. WEISS; and

No. 01–317. WEISS v. REN LABORATORIES OF FLORIDA, INC. C. A. 11th Cir. Certiorari denied. Reported below: 251 F. 3d 161.